Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-11-00773-CV

## IN THE INTEREST OF E.T.N., JR., A CHILD

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-00247
Honorable Ricardo H. Garcia, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  December 14, 2011

DISMISSED

A filing fee of $175.00 was due from appellants when this appeal was filed but was not paid. *See* TEX. GOV'T CODE ANN. §§ 51.207(b)(1), 51.941(a)(1) (Vernon 2005); Texas Supreme Court Order Regarding Fees Charged In Civil Cases In the Supreme Court and the Courts of Appeals (July 21, 1998) § B.1.(a). Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

Accordingly, on November 14, 2011, this court ordered appellants to either (1) pay the applicable filing fee or (2) provide written proof to this court that they are excused by statute or

the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). Our order informed appellants that if they failed to provide such written proof within the time ordered, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellants have not responded. Accordingly, this appeal is dismissed. Costs of appeal are assessed against appellants.

PER CURIAM